**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Alan De Maio, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:10-cv-12096-DPW |
| | : |
| EOS CCA; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: February 14, 2011

        Respectfully submitted,

        PLAINTIFF, Alan De Maio

        /s/ Sergei Lemberg

        Sergei Lemberg, Esq.
        B.B.O. No.: 650671
        **LEMBERG & ASSOCIATES L.L.C.**
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile: (877) 795-3666
        slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 14, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg

            Sergei Lemberg